NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL BURCH,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-1069
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Matthew J. Wells of Law Office of
Matthew J. Wells, Tampa, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.